**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7014

BENJAMIN ROSS DOWNEY,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director; MANAGER, COURT
AND LEGAL SERVICES; DAVID ROBINSON, Warden; T.
ESTEP, Assistant Warden; E. B. WALKER, Assis-
tant Warden; B. JOHNSON, Treatment Program
Supervisor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-97-239-3)

Submitted: October 9, 1998          Decided: November 10, 1998

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Benjamin Ross Downey, Appellant Pro Se. Vaughan Christopher Jones,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Downey v. Angelone</u>, No. CA-97-239-3 (E.D. Va. June 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>